UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

**Clear Form**

| | |
|---|---|
| CHARLES ROBERT BOWES <br><br><br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br><br> v. <br> CITY OF ST. LOUIS, MISSOURI <br> AND <br> GREGORY F.X. DALY <br> in his official capacity <br><br> *(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)* | **Complaint for a Civil Case** <br><br> Case No. <br> *(to be assigned by Clerk of District Court)* <br><br> Plaintiff requests trial by jury: <br> ☒ Yes   ☐ No |

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

**I.      The Parties to This Complaint**

    **A.      The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | CHARLES R. BOWES |
| Street Address | 156 SUMMERLIN RIDGE |
| City and County | O'FALLON, ST. CLAIR |
| State and Zip Code | ILLINOIS 62269 |
| Telephone Number | 618-791-7284 |
| E-mail Address | CRBOWES@YAHOO.COM |

    **B.      The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of St. Louis |
| Job or Title | |
| Street Address | 1200 Market Street |
| City and County | St. Louis, St. Louis |
| State and Zip Code | Missouri 63103 |
| Telephone Number | 314-622-4800 |
| E-mail Address | mayor@stlouis-mo.gov |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

Defendant No. 2

| | |
|---|---|
| Name | Gregory F.X. Daly |
| Job or Title | Collector of Revenue |
| Street Address City and County | 1200 Market Street, Room 110 |
| State and Zip Code | Missouri 63103 |
| Telephone Number and E-mail Address | (314) 622-3730 |

**II.** **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

**A.** **Federal question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

```
Equal Protection Clause of the Fourteenth Amendment and
Unreasonable Seizure under the Fourth Amendment
```

**B.** **Suit against the Federal Government, a federal official, or federal agency**

List the federal officials or federal agencies involved, if any.

**C.** **Diversity of Citizenship**

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1. The Plaintiff(s)

    The plaintiff, *(name)* [Charles Bowes], is a citizen of the State of *(name)* [Illinois].

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2.  The Defendant(s)

If the defendant is an individual

The defendant, *(name)* [City of St. Louis], is a citizen of the State of *(name)* [Missouri] *Or* is a citizen of *(foreign nation)* _____.

If the defendant is a corporation

The defendant, *(name)* _____.

is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____ *Or* is incorporated under the laws of the State of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

```
$2,426 because Defendants refuse to pay refunds to me,
a nonresident, unless I travel outside the City for
business. This is an arbitrary distinction without
rational basis. This conduct violates Plaintiff's
```

4

### III. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

```
1. Defendants refuses to pay tax refunds to Plaintiff for work
performed outside the City of St. Louis after Plaintiff filed
for refunds and protested Defendants illegal refusal to pay.
2. Plaintiff filed for refunds for tax years 2021 and 2022 on or
about 25 March 2023.
3. City of St. Louis and O'Fallon, Illiois.
4. Plaintiff seeks damages in the amount of the refunds he would
have received but for Defendants' unconstitutional conduct, and
injunctive relief to stop Defendants' unlawful conduct.
5. Defendants refuse to pay tax refunds for work accomplished
outside the City of St Louis. This change of policy without any
change to the earnings tax ordinance itself, and with
Plaintiff's money already in Defendants' hands, Defendants
refuse to pay refunds to nonresidents In doing so, Defendants
are brazenly and unlawfully keeping Plaintiff's money. This
shocks the conscience and violates Plaintiff's Fourteenth
Amendment right to substantive due process. This further
violates his Fourth Amendment right to be free of unreasonable
seizures. Defendants' conduct enacts a new tax or expands the
tax base, and therefore, is subject to a declaration that it
violates the Hancock Amendment.
```

### IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

```
Tax refund of $2426 from City of St. Louis for work outside
the city.
```

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☐   No ☒

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒   No ☐

Do you claim punitive monetary damages?

Yes ☐   No ☒

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

**V.  Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  23  day of  July , 20 23 .

Signature of Plaintiff(s) _____

6