UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

CHARLES BOWES )
, )
)
Plaintiff, )
)
v. ) Case No.
CITY OF ST. LOUIS, MISSOURI )
AND )
GREGORY F.X. DALY )
in his official capacity only , )
)
Defendant, )
)

# ORIGINAL FILING FORM

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☒ THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER 4:21-CV-378 AND ASSIGNED TO THE HONORABLE JUDGE JASON SENGHEISER.

☐ THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT. THE RELATED CASE NUMBER IS _____ AND THAT CASE WAS ASSIGNED TO THE HONORABLE _____. THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☐ NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 23 July 2023

_____
Signature of Filing Party